UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEBRA VANHOLTEN, *a/k/a Debra* )
*Vanholten Shannon* )
                 Plaintiff, )
                  )
v. )       **JUDGMENT**
                  )
SUNRISE SENIOR LIVING, and )     No. 5:20-CV-550-FL
SUNRISE OF CARY, )
               Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant Sunrise Senior Living's motion to dismiss, or alternatively, to compel enforcement of a dispute resolution agreement, plaintiff's motion to strike and motion to seal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 15, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss or in alternative, motion to compel enforcement of dispute resolution agreement. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

**<u>This Judgment Filed and Entered on June 15, 2021, and Copies To:</u>**
Debra Vanholten  (via US mail) 540 Gary Street, Camden, SC 29020
Ann H. Smith / Joshua R. Adams  (via CM/ECF Notice of Electronic Filing)

June 15, 2021              PETER A. MOORE, JR., CLERK

                       /s/ Sandra K. Collins
                      (By) Sandra K. Collins, Deputy Clerk